UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rachel Cassiel Wheeler,

    Plaintiff,

v.

Federal National Mortgage Association, et al.,

    Defendants.
_____/

Case No. 12–13685

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S JANUARY 4, 2013 REPORT AND RECOMMENDATION [12]

Before the Court is the magistrate judge's report and recommendation that the Court deny Plaintiff Rachel Cassiel Wheeler's motion to remand (dkt 2) and grant Defendants Federal National Mortgage Association and Wells Fargo's motion to set aside the state court default (dkt. 7). (Dkt. 12.) The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court therefore DENIES Plaintiff's motion to remand. (Dkt. 2.) The Court GRANTS Defendants' Motion to Set Aside State Court Default. (Dkt. 12.)

    SO ORDERED.

        s/Nancy G. Edmunds  
        Nancy G. Edmunds  
        United States District Judge

Dated: February 6, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 6, 2013, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer  
        Case Manager