UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rachel Cassiel Wheeler,

    Plaintiff,

v.

Federal National Mortgage Association
("Fannie Mae"), a government corporation,
and Wells Fargo, N.A., a corporation,

    Defendants.
_____/

Case No. 12-13685

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S APRIL 29, 2013 REPORT AND RECOMMENDATION [15]

Before the Court is the magistrate judge's April 29, 2013 report and recommendation. The magistrate judge has recommended granting Defendants's motion for summary judgment on Plaintiff's foreclosure case, dismissing all of Plaintiff's claims with prejudice, and denying as moot Plaintiff's request for voluntary dismissal. (Dkt. 15.)

The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court therefore GRANTS Defendants' motion for summary judgment and DENIES AS MOOT Plaintiff's motion for voluntary dismissal. (Dkt. 8, 14.)

So ordered.

                    **s/ Nancy G. Edmunds**
                    NANCY G. EDMUNDS
                    UNITED STATES DISTRICT JUDGE

Date: May 20, 2013

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 20, 2013.

                    s/Johnetta M. Curry-Williams
                    Case Manager
                    Acting in the Absence of Carol Hemeyer